[No. 14293.   Department Two. — March 24, 1891.]

GEORGE  E.  WHITE,  APPELLANT,  v.  FRANKIE
WHITE, RESPONDENT.

88   429
100  613
88   429
131  114
88   429
137  423

APPEAL — DISMISSAL — ORDER AFTER JUDGMENT — BILL OF EXCEPTIONS. —
An appeal from an order made after final judgment will be dismissed if
the affidavits and testimony used upon the hearing of the motion are not
authenticated by incorporating the same in a bill of exceptions, as re-
quired by rule 32 of the supreme court.

MOTION to dismiss an appeal from an order of the
Superior Court of the city and county of San Francisco
directing the payment of counsel fees.

The facts are stated in the opinion of the court.

*E. D. Wheeler,* and *Barclay Henley,* for Appellant.

*Henry E. Highton, Henry C. McPike,* and *J. A. Cooper,*
for Respondent.

DE HAVEN, J. — This is an appeal from an order
made after final judgment directing the appellant to pay
to the respondent the sum of seven thousand five hun-
dred dollars for the purpose of paying certain of her at-
torneys for professional services rendered to her in the
action.

The respondent moves to dismiss this appeal, upon the
ground, among others stated, "The order appealed from
was made after final judgment, and no bill of exceptions
to the making of said order was ever served, settled, al-
lowed, or filed."

The transcript on appeal herein purports to show that
certain affidavits and testimony of witnesses were used
upon the hearing of the motion, which resulted in the
order appealed from, but there is no bill of exceptions
in the record.   In the case of *Somers* v. *Somers*, 81 Cal.
608, the members of this court were divided as to the
proper practice to be pursued in authenticating the
record on appeal from this class of orders, but since then

the court has adopted rule 32, which we think should be deemed as settling the practice, so far as relates to appeals taken since it went into effect; and this appeal having been taken since that date, the rule is decisive of the question arising on this motion. The rule is as follows: "In all cases of appeal to this court from orders of inferior courts, the papers and evidence used or taken on the hearing of the motion must be authenticated by incorporating the same in a bill of exceptions, except where another mode of authorization is provided by law."

Appellant suggests a diminution of the record so as to have the transcript herein properly certified by the clerk of the court below; but it is manifest that such certificate could not supply the place of a bill of exceptions, which is required by the rule just quoted.

Appeal dismissed; *remittitur* stayed for thirty days.

McFARLAND, J., and SHARPSTEIN, J., concurred.

Hearing in Bank denied.